COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

THE STATE OF TEXAS,　　　　　　§　　　　　　No. 08-15-00002-CR

　　　　　　State,　　　　　　§　　　　　　Appeal from the

　　　　　　§　　　　　　409th District Court

DANIEL VILLEGAS

　　　　　　§　　　　　　of El Paso County, Texas

　　　　　　Appellee.

　　　　　　§　　　　　　(TC# 940D09328)

§

# O R D E R

The Court GRANTS the State's third motion for extension of time within which to file the brief until **October 22, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before October 22, 2015.

IT IS SO ORDERED this 4th day of September, 2015.


　　　　　　　　　　　　　　PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.